UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE SHANNON, | No. 2:22-cv-1504 AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. TAPIZ, et al., | |
| Defendants. | |

By order filed May 24, 2023, the second amended complaint was screened and found not to state a claim for relief. ECF No. 13. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. <u>Id.</u> at 5-6. Plaintiff then sought and was granted a sixty-day extension of the time to file an amended complaint. ECF Nos. 14, 15. The deadline has now passed and plaintiff while plaintiff has filed exhibits (ECF No. 16), he has not filed an amended complaint or otherwise responded to the court's order. Plaintiff will be given one final opportunity to file an amended complaint.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a third amended complaint within twenty-one days of the service of this order. Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: September 12, 2023.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE