UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE SHANNON, | No. 2:22-cv-1504 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| J. TAPIZ, et al., | |
| Defendants. | |

By order filed May 24, 2023, the second amended complaint was screened and found to not state a claim for relief. ECF No. 13. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 5-6. Plaintiff has been afforded multiple extensions of time to amend the complaint and failed to do so. ECF Nos. 15, 17, 19. In granting the most recent request for an extension of time, plaintiff was warned that no further extensions would be granted absent a showing of extraordinary cause. ECF No. 19. The deadline for filing an amended complaint has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

////

1

IT IS FURTHER RECOMMENDED that the second amended complaint be dismissed for failure to state a claim for the reasons set forth in the May 24, 2023 Screening Order (ECF No. 13). See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE